**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

August 11, 2021

677 BROADWAY, SUITE 1101
ALBANY, NY 12207
(518) 427-9700

**By ECF**

ELLIOT A. HALLAK
PARTNER
DIRECT: (518) 701-2748
FAX: (518) 427-0235
EHALLAK@HARRISBEACH.COM

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/21

Re: *SAM Party of New York, et al. v. Peter S. Kosinski, et al.*,
Case No. 1:20-cv-00323-JGK (the "SAM Action")

*Linda Hurley, et al. v. Peter S. Kosinski, et al.*,
Case No. 1:20-cv-04148-JGK (the "WFP Action")

*Libertarian Party of New York, et al. v. New York State Board of Elections, et al.*,
Case No. 1:20-cv-05820-JGK (the "LPNY Action")

Dear Judge Koeltl:

We represent the Defendants in the referenced actions. We write in response to the letter filed by counsel for the WFP Plaintiffs (WFP Action, Dkt. 68) concerning the briefing schedule for Defendants' motions for summary judgment.

Defendants filed a combined memorandum of law in support of their motions for summary judgment in all three actions. The SAM Plaintiffs and the LPNY Plaintiffs filed separate opposition papers on July 30, 2021. At the time, the WFP Action remained stayed. Presently, Defendants' reply papers in the SAM Action and LPNY Action are due August 27, 2021.

Plaintiffs in the WFP Action recently indicated that they are prepared to move forward with their response to Defendants' motion. The Court granted the WFP Plaintiffs' application for leave to file an opposition to Defendants' motion by August 31, 2021. (SAM Action, Dkt. 126.)

In the interests of efficiency and avoiding duplication of effort, Defendants propose to file a single set of reply papers in support of their motions in all three actions. Accordingly, Defendants respectfully request that the deadline for reply papers in each action be extended to **September 24, 2021**. Counsel for Plaintiffs in each action have consented to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Elliot A. Hallak*

Elliot A. Hallak

Copies: All counsel of record (by ECF)

APPLICATION GRANTED
SO ORDERED

8/11/21

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.