# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
**SAM PARTY OF NEW YORK, ET AL.,**

                    Plaintiffs,          20 **CIVIL** 323 (JGK)

     -against-                             **JUDGMENT**

**KOSINSKI, ET AL.,**

                    Defendants.
------------------------------------------------------------X
**HURLEY, ET AL.,**

                    Plaintiffs,          20 **CIVIL** 4148 (JGK)

     -against-

**KOSINSKI, ET AL.,**

                    Defendants.
------------------------------------------------------------X
**SAM PARTY OF NEW YORK, ET AL.,**

                    Plaintiffs,          20 **CIVIL** 5820 (JGK)

     -against-

**NEW YORK BOARD OF ELECTIONS,
ET AL.,**

                    Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed above, the arguments are either moot or without merit. For the reasons explained above, the defendants' motion for summary judgment is granted. These cases are dismissed; accordingly, these cases are closed.

**Dated:**  New York, New York
December 22, 2021

                                           **RUBY J. KRAJICK**
                                               Clerk of Court
                      **BY:** _____
                                                  Deputy Clerk